# United States Court of Appeals
## For the First Circuit

No. 18-1386

UNITED STATES,

Appellee,

v.

TRAVIS J. STINSON,

Defendant-Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 23, 2020, is amended as follows:

On page 4, line 24, replace "months" with "months'"